MICHAEL BRENNAN, DC Bar No. 989778
Email: brennanmi@sec.gov
DAVID MENDEL, DC Bar No. 470796
Email: mendeld@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-4010
Telephone: (202) 551-4298 (Brennan)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) Case No.: |
| | ) |
| | ) APPLICATION FOR AN |
| Applicant, | ) ORDER TO SHOW CAUSE |
| | ) AND FOR AN ORDER |
| v. | ) COMPELLING COMPLIANCE |
| | ) WITH AN ADMINISTRATIVE |
| GRANT GALLOWAY, | ) SUBPOENA |
| | ) |
| Respondent. | ) |
| | ) |

1.     Applicant, the United States Securities and Exchange Commission (the "Commission" or "SEC"), hereby applies to this Court for an Order to Show Cause why an order should not be issued requiring respondent Grant Galloway ("Galloway") to comply with an administrative subpoena properly issued on behalf of the Commission on September 19, 2016 and properly served on September 27, 2016 (the "September 19, 2016 Subpoena"). The Commission further requests that, after Galloway has an opportunity to be heard, the Court enter an Order compelling compliance with the September 19, 2016 Subpoena.

2.     This Application is based upon the Memorandum of Points and Authorities ("Mem."), as well as the Declaration of Michael Brennan ("Brennan Decl.") and the exhibits ("Ex.") thereto, filed in support of this Application, such matters of which judicial notice may be taken, and any other written or oral evidence as may be offered at a hearing on the Application.

## Jurisdiction and Venue

3.     Jurisdiction is conferred upon this Court by Section 21(c) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u(c), and Section 22(b) of the Securities Act ("Securities Act"), 15 U.S.C. § 77v(b). Additionally, Section 21(e) of the Exchange Act provides that an order may be issued by a federal district court, upon application to such a court. *See* 15 U.S.C. § 78u(e).  Venue is proper in the Southern District of California because the Respondent is understood to reside within this Court's judicial district. *See* 15 U.S.C. § 78u(c); Brennan Decl. ¶¶ 2, 12, 15, 27-28 & Ex. 11.

## Respondent

4.     Information obtained by the Commission shows that

Respondent Galloway resides in San Diego, California. *See* Brennan Decl. ¶¶ 2, 12, 15, 27-28 & Ex. 11. Galloway is the director of Green Giant Venture Fund ("Green Giant"), purportedly a private equity fund and carbon credits broker based in San Diego, California. *See* Brennan Decl. ¶¶ 8, 11-12 & Exs. 2-3. To the knowledge of the staff of the Commission's Division of Enforcement ("the Staff"), Galloway is not represented by legal counsel. *See* Brennan Decl. ¶ 32.

## **The Investigation Conducted on Behalf of the Commission**

5. On November 19, 2014, the Commission issued an Order Directing Private Investigation And Designating Officers to Take Testimony in an investigation entitled *In the Matter of Analytica Bio-Energy Corp.*, Commission File Number HO-12536 ("Formal Order"), pursuant to Sections 21(a)-(b) of the Exchange Act, 15 U.S.C. § 78u(a)-(b). Brennan Decl. ¶ 3 & Ex. 1.

6. Pursuant to Section 21(a) of the Exchange Act, 15 U.S.C. § 78u(a), the Formal Order directs that an investigation be made to determine whether Analytica Bio-Energy Corp. ("ABEC"), a U.S. issuer, and certain of its officers, shareholders, and related parties – among others – have violated, are violating, or are about to violate the federal securities laws. Brennan Decl. ¶¶ 5-6 & Ex. 1; *see also* 15 U.S.C. § 78u(a).

7. Pursuant to Section 21(b) of the Exchange Act, 15 U.S.C. § 78u(b), the Formal Order designates certain Staff as officers of the Commission. *See* 15 U.S.C. § 78u(b); Brennan Decl. ¶ 4 & Ex. 1. As officers, these individuals are empowered to, among other things, subpoena witnesses, compel their attendance, and require the production of relevant documents. *See* 15 U.S.C. § 78u(b); Brennan Decl. ¶ 4 & Ex. 1.

8.     Pursuant to the Formal Order, as more fully discussed in the Memorandum of Points and Authorities and the Brennan Declaration, and the exhibits thereto, the Staff is investigating whether ABEC has issued press releases that contained materially false statements in violation of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder. *See* 15 U.S.C. § 78j(b); 17 C.F.R. § 240.10b–5 (13 FR 8183, Dec. 22, 1948, *as amended at* 16 FR 7928, Aug. 11, 1951); Brennan Decl. ¶¶ 5, 8 & Exs. 1-2.

9.     In at least one press release, dated April 14, 2014, ABEC claimed that it had entered into an agreement with Green Giant to develop and sell forward ABEC's carbon credits.  Brennan Decl. ¶ 8 & Ex. 2.  The press release includes a quote from ABEC's then-President stating that carbon credits "present a significant financial opportunity …."  Brennan Decl. ¶ 9 & Ex. 2, at 3.   But ABEC's former President has denied making or providing this statement.  Brennan Decl. ¶ 9.

10.     Additionally, the Staff has not found any evidence that ABEC was eligible for or planned to develop carbon credits.  Brennan Decl. ¶ 10.  The two officers of ABEC who have given sworn testimony in the investigation, the President and Secretary/Treasurer of ABEC, did not know anything about carbon credits and did not provide any support for the claim that ABEC had planned to develop and sell carbon credits.  *Id.*  Further, SEC staff requested, by way of subpoena issued on March 19, 2015, that ABEC provide all documents related to or sufficient to support the statements made in ABEC's press releases after January 1, 2014; to date, ABEC has not produced any such records.  *Id.*

11.     The Staff now seeks from Galloway the production of documents and testimony concerning:  ABEC and Analytica Bio-Energy, Inc., ABEC's operating subsidiary in Taiwan; ABEC's engagement of Green Giant and any work done by Green Giant pursuant to that engagement;

2

communications with certain individuals affiliated with ABEC; and Green Giant's financials and operations. Brennan Decl. ¶¶ 13, 26 & Ex. 10, at 43-47. Such documents and testimony are directly relevant to the ongoing investigation. Brennan Decl. ¶ 26; Mem. at 11-12.

## The Subpoenas

12.     On November 24, 2015, a subpoena was issued on behalf of the Commission and served on Green Giant, requiring it to produce documents on or before December 18, 2015 (the "November 24, 2015 Subpoena"). Brennan Decl. ¶ 13 & Ex. 4.   Upon subsequently contacting and speaking with Galloway, the Staff extended the due date for the requested production until early January 2016.  Brennan Decl. ¶ 15.  Despite this extension, Green Giant has not produced any documents sought by the November 24, 2015 Subpoena nor responded in writing to the subpoena, as requested.  Brennan Decl. ¶¶ 17, 20.  Accordingly, Green Giant has failed to comply with the November 24, 2015 Subpoena. *See* Brennan Decl. ¶ 20.

13.     On March 17, 2016, the subpoena was re-issued on behalf of the Commission to Galloway, in his individual capacity, requiring him to produce documents on or before April 1, 2016 (the "March 17, 2016 Subpoena").   Brennan Decl. ¶ 22 & Ex. 9.   The document requests in the November 24, 2015 Subpoena and the March 17, 2016 Subpoena are identical. Brennan Decl. ¶ 22 & Exs. 4, 9.   In a letter accompanying the March 17, 2016 Subpoena, the Staff stated that, if a response from Galloway was not timely received, the Staff would consider all available options—including a court proceeding—to compel compliance with the subpoena.  Brennan Decl. ¶ 23 & Ex. 9, at 24.   Galloway has not produced any documents or otherwise responded to the March 17, 2016 Subpoena, and, accordingly, Galloway has

3

failed to comply with the subpoena.  *See* Brennan Decl. ¶ 24.

14.     On September 19, 2016, the SEC issued another subpoena to Galloway (the "September 19, 2016 Subpoena").  This third subpoena—which is the subject of this Application—required Galloway to produce documents on or before October 3, 2016, and to appear and to provide sworn testimony at the SEC's offices in Washington, DC on October 13, 2016.  Brennan Decl. ¶ 26 & Ex. 10, at 43.  In addition to the document requests included in the November 24, 2015 and March 17, 2016 Subpoenas, the September 19, 2016 Subpoena sought documents concerning Green Giant's financials and operations. Brennan Decl. ¶ 26 & Ex. 10, at 46-47.

15.     The documents and testimony sought from Galloway in the September 19, 2016 Subpoena are relevant and important to matters under investigation; may provide evidence regarding whether ABEC and persons associated with it, including Galloway, violated the federal securities laws; and are within the scope of the Formal Order.  *See* Brennan Decl. ¶¶ 8, 26.

16.     In a letter accompanying the September 19, 2016 Subpoena, the Staff stated that, if Galloway did not comply with the subpoena, the SEC may bring an action in Federal Court to enforce the subpoena.  Brennan Decl. ¶ 29 & Ex. 10, at 37.

17.     The September 19, 2016 Subpoena was properly served on Galloway on September 27, 2016, by leaving a copy with Galloway's brother and co-resident at Galloway's usual place of abode in San Diego (the "San Diego Address").  Brennan Decl. ¶ 28 & Ex. 11; Mem. at 9-10.

18.     Galloway has not produced any documents sought by the September 19, 2016 Subpoena; did not appear for testimony on October 13, 2016; and has not otherwise responded to the September 19, 2016 Subpoena. Accordingly, Galloway has failed to comply with the September 19, 2016

4

Subpoena.  <u>Brennan Decl.</u> ¶¶ 30-31 & Ex. 12.

WHEREFORE, the Commission respectfully requests that the Court:

1.    Enter an Order to Show Cause forthwith directing Galloway to show cause, if there be any, why this Court should not order Galloway  to produce documents and to give testimony to a duly designated officer or officers of the Commission pursuant to the September 19, 2016 Subpoena in the investigation entitled, *In the Matter of Analytica Bio-Energy Corp.*, Commission File Number HO-12536.

2.    Set a hearing on the Order to Show Cause as soon as the Court can hear the matter, with appropriate deadlines for Galloway's filing of any opposition to the issuance of an order compelling compliance, and the Commission's filing of any reply brief.

3.    After Galloway has had a reasonable opportunity to be heard, issue an Order directing Galloway to comply fully with the Commission's September 19, 2016 Subpoena and produce documents and appear for testimony as directed.

4.    Retain jurisdiction over this proceeding until such time as the Galloway fully complies with the terms of the September 19, 2016 Subpoena; and

5.     Order such other and further relief as may be necessary and appropriate to achieve compliance with the September 19, 2016 Subpoena.

Dated: December 2, 2016                     Respectfully submitted,

By: *s/Michael Brennan*
Michael Brennan (DC Bar No. 989778)
Counsel
E-mail: brennanmi@sec.gov

David Mendel (DC Bar No. 470976)
Assistant Chief Litigation Counsel
mendeld@sec.gov

Attorneys for Applicant
U.S. SECURITIES AND EXCHANGE
COMMISSION