MICHAEL BRENNAN, DC Bar No. 989778
Email:  brennanmi@sec.gov
DAVID MENDEL, DC Bar No. 470796
Email:  mendeld@sec.gov

Attorneys for Applicant
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-4010
Telephone: (202) 551-4298 (Brennan)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>v.<br><br>GRANT GALLOWAY,<br><br>Respondent. | Case No.: 3:16-cv-02949-AJB-BGS<br><br>NOTICE OF VOLUNTARY DISMISSAL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Applicant, the Securities and Exchange Commission, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

| | | |
|---|---|---|
| 1 | Dated: March 31, 2017 | Respectfully submitted, |
| 2 | | |
| 3 | | By: *s/ Michael J. Brennan* |
| | | Michael Brennan (DC Bar No. 989778) |
| 4 | | Counsel |
| 5 | | E-mail: brennanmi@sec.gov |
| 6 | | David Mendel (DC Bar No. 470976) |
| 7 | | Assistant Chief Litigation Counsel |
| | | mendeld@sec.gov |
| 8 | | |
| 9 | | Attorneys for Applicant |
| | | U.S. SECURITIES AND EXCHANGE |
| 10 | | COMMISSION |